Decided September 24, 1997

STATE OF CONNECTICUT *v.* ROBERT TRAHAN

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 722 (AC 13810), is denied.

*Pamela S. Nagy*, special assistant public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided September 30, 1997

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 756 (AC 15536), is denied.